UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANALIA ACOSTA,

                Plaintiff,

-against-

VILLAGE OF MAMARONECK, et al.,

                Defendants.

**ORDER**

22-CV-01798 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a telephonic Pre-Motion Conference on May 9, 2022. Counsel for all parties appeared. As discussed on the record, the Court directed that:

**(1)** Defendant Village of Mamaroneck ("Village") shall send the incident report and any related documents detailing the identities of John Does 1-6 ("Officer Defendants") to Plaintiff by May 9, 2022;

**(2)** Plaintiff shall file an Amended Complaint by May 13, 2022 at 5:00 p.m.;

**(3)** Plaintiff shall file a letter by 5:00 p.m. on May 13, 2022, indicating whether or not she has a good faith basis to pursue claims against Defendant Town of Mamaroneck;

**(4)** The Village shall file a letter by 5:00 p.m. on May 27, 2022, indicating whether the Village's counsel will represent the Officer Defendants and accept service on their behalf; and

**(5)** By 5:00 p.m. on June 10, 2022, Defendants shall serve and file either: (a) an Answer to the Amended Complaint; or (b) a pre-motion conference request letter pursuant to the Court's Individual Practices should Defendants elect to move to dismiss the Amended Complaint.

                                              **SO ORDERED:**

Dated: White Plains, New York
           May 9, 2022

                                          _____
                                          PHILIP M. HALPERN
                                          United States District Judge