

White Plains
81 Main Street, Suite 400
White Plains, NY 10601
914.607.7010 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

> Application granted. Defendants are directed to answer or move with respect to the Amended Complaint in accordance with the Court's Individual Practices by July 8, 2022.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Docs. 16 and 26.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           June 29, 2022

June 28, 2022

Via ECF

Hon. Philip M. Halpern
United States District Judge
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Analia Acosta v. Officer Marco Ferraro, Jr., et al.*
            Case No. 7:22-cv-01798

Dear Judge Halpern:

    We represent defendants Officer Marco Ferraro, Jr., Officer Osvaldo Ramos, Officer Sebastian Salazar, Officer Bonacci, Officer Robert Iverson, III and LT. Falcone in the above referenced matter.  We request an extension of time to July 8, 2022, to respond to the amended complaint on behalf of these defendants.

    As you may recall, under Village of Mamaroneck Code § 36-7, the Village was not authorized to take any action on behalf of the individually named police officers until they were served with a summons and complaint and requested a defense and indemnification from the Village.  This process is now complete, and we are authorized to represent the defendant police officers.  We are therefore requesting a brief extension of time to respond to the amended complaint.

    We requested that the plaintiff's counsel, John Tait, Esq., consent to the extension of time.  He advised that he would not consent unless we waived

service of process. Our understanding is that all of the officers were served with the amended complaint and we do not anticipate raising any arguments regarding improper or lack of service. However, we have not had the opportunity to ask each of the defendant police officers whether they will authorize us to waive service, and therefore cannot consent.

This is the first request for an extension of time to respond to the amended complaint on behalf of the defendant police officers. This brief extension will not interfere with any scheduled deadlines.

Respectfully submitted,

Joanna M. Topping