UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANALIA ACOSTA,

        Plaintiff,

-against-

OFFICER MARCO FERRARO, JR., et al.,

        Defendants.

**ORDER**

22-CV-01798 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today by telephone for a status conference.

As discussed at the conference, Plaintiff waived her second claim for relief to the extent it raises a theory of malicious prosecution. Plaintiff's second claim for relief is retained to the extent it raises a theory of abuse of process.

Plaintiff additionally confirmed that she does not raise any State law claims for relief and, to the extent the Amended Complaint states any such claims, they are hereby dismissed without prejudice.

                                      SO ORDERED:

Dated: White Plains, New York
            September 19, 2022

                                      PHILIP M. HALPERN
                                      United States District Judge