# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
ANALIA ACOSTA,

                  Plaintiff,               22 **CIVIL** 1798 (PMH)

      -against-                     **JUDGMENT**

OFFICER MARCO FERRARO, JR.; OFFICER
OSVALDO RAMOS; OFFICER SEBASTIAN
SALAZAR; OFFICER BONACCI; OFFICER
ROBERT IVERSON, III; LT. FALCONE.

                  Defendants.
---------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 28, 2024, Defendants motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York
         October 28, 2024

                                                **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                            **BY:** _____
                                                   **Deputy Clerk**